**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 9:19-CV-81080-RLR**

JOSEPH R. TOMELLERI,

    Plaintiff,

v.

JOHN N. NATALE, JR., et al.,

    Defendants.

_____/

**ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL**

**THIS CAUSE** is before the Court on Plaintiff's Motion for Voluntary Dismissal Without Prejudice Under FRCP 41(a)(2) [DE 110]. The Court held a Status Conference on January 14, 2020 to discuss the Motion. During the Status Conference, the parties stated that if the Court entered an order consistent with its Order in *Inspired Development Group, LLC v. Inspired Products Group, LLC*, No. 9:16-CV-80076-RLR, 2017 U.S. Dist. LEXIS 5425 (S.D. Fla. Jan. 13, 2017) (Rosenberg, J.), such an order would be acceptable. The parties therefore agree on the terms of dismissal.

The Court will impose the following conditions on Plaintiff's request for dismissal without prejudice. Plaintiff's motion shall be granted, provided that if Plaintiff refiles his claims at a later date, such a filing must be preceded by a full payment of attorney fees and costs to Defendants that Defendants incurred, and which were not useful in a subsequent lawsuit. Further, the Court's dismissal without prejudice will not affect Defendants' ability to subsequently motion for attorneys' fees and costs incurred in this lawsuit.

It is therefore **ORDERED AND ADJUDGED:**

1. Plaintiff's Motion for Voluntary Dismissal Without Prejudice Under FRCP 41(a)(2) [DE 110] is **GRANTED**, consistent with Plaintiff's agreement to the conditions of the dismissal described in this Order.

2. All other pending motions are **DENIED AS MOOT**, all deadlines are **TERMINATED**, and all hearings are **CANCELLED.**

3. The Clerk of the Court is instructed to **CLOSE THIS CASE.**

**DONE AND ORDERED** in Chambers, West Palm Beach, Florida, this 15th day of January, 2021.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record