IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81080-RLR

JOSEPH R. TOMELLERI,

        Plaintiff,

v.

JOHN N. NATALE, JR., et al.

        Defendants.
_____/

**JOINT MOTION TO STRIKE OR PERMIT THE WITHDRAWAL OF DEFENDANTS' PENDING MOTIONS: DE 143, 144, 145, 146, AND 151**

Pursuant to the Parties' agreement at the Settlement Conference held on March 9, 2022, the Parties jointly request that the Court strike or permit the withdrawal of Defendants' pending motions: DE 143, 144, 145, 146, and 151.

Respectfully submitted,

**Andrew D. Lockton**
Andrew D. Lockton, Esq. (Florida Bar No. 115519)
Edward F. McHale, Esq. (Florida Bar No. 190300)
MCHALE & SLAVIN, P.A.
2855 PGA Boulevard
Palm Beach Gardens, Florida 33410
Telephone:   (561) 625-6575
Facsimile:   (561) 625-6572
E-mail:   litigation@mchaleslavin.com

*Attorneys for Defendants*

**Bard D. Rockenbach**
Bard D. Rockenbach, Esq. (Florida Bar No. 771783)
BURLINGTON & ROCKENBACH, P.A.
Courthouse Commons, Suite 350
444 West Railroad Avenue

West Palm Beach, Florida 33401
Telephone:   (561) 721-0400
E-mail:      bdr@FLAppellateLaw.com

**Steven H. Mustoe**

Steven H. Mustoe, Esq. (*pro hac vice*)
Scott J. Strohm, Esq. (*pro hac vice*)
EVANS & DIXON, LLC
Corporate Woods, Building 82
10851 Mastin Boulevard, Suite 900
Overland Park, Kansas 66210
Telephone:   (913) 701-6810
E-mail:      copyright@evans-dixon.com

**S. Brian Bull**

S. Brian Bull, Esq.
SCOTT HARRIS BRYAN BARRA &
    JORGENSEN, P.A.
4400 PGA Boulevard, Suite 603
Palm Beach Gardens, Florida 33410
Telephone:   (561) 624-3900
E-mail:      sbbull@scott-harris.com

*Attorneys for Plaintiff*